**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: WILLIE B BALDWIN | ) Case No. 19 B 26709 |
|  | ) |
| Debtor | ) Chapter 13 |
|  | ) |
|  | ) Judge: JACQUELINE P COX |

## NOTICE OF MOTION

WILLIE B BALDWIN

1826 S KILDARE
CHICAGO, IL 60623

DAVID M SIEGEL
via Clerk's ECF noticing procedures

Please take notice that on December 09, 2019 at 10:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on November 19, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On September 20, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

341 meeting not adjourned.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900