UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JACQUELINE P. COX**   Hearing Date _Dec 9, 2019_

Bankruptcy Case No. _19-26709_   Adversary No. _____

Title of Case _WILLIE BALDWIN_

Brief Statement of Motion _MOTION TO EXTEND STAY_

Names and Addresses of moving counsel _Dave Siegel / Clay Mosberg_

Representing _WILLIE BALDWIN_

## ORDER

IT IS HEREBY ORDERED

_THE STAY IS EXTENDED TO JANUARY 27, 2020 at 10:30 AM (by)_

_J. Cox_   _Jacqueline P. Cox_

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99