## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Jacqueline P. Cox

**Hearing Date** January 27, 2020

**Bankruptcy Case No.** 19 B 26709

**Adversary No.**

**Title of Case** Willie B. Baldwin

**Brief Statement of Motion** Trustee's motion to dismiss for term of plan (Docket #32)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**IT IS HEREBY ORDERED** that the trustee's motion to dismiss for term of plan is DENIED.

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99