UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Jacqueline P. Cox | Hearing Date | January 27, 2020 |
| Bankruptcy Case No. | 19-26709 | Adversary No. | |
| Title of Case | In Re: Willie Baldwin | | |
| Brief Statement of Motion | Extend Automatic Stay | | |
| Names and Addresses of moving counsel | DAVID M. SIEGEL & ASSOCIATES, LLC<br>790 Chaddick Dr., Wheeling IL 60090 | | |
| Representing | Debtor | | |

## ORDER

The Motion to Extend the Automatic Stay is denied.

*Jacqueline P. Cox*
J. Cox

6/11/99